UNITED STATES FEDERAL COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KYLE BEROUNSKY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendant Wal-Mart Stores, Inc. ("Defendant")[1] hereby gives notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1332 and 1441 and Rule 81(c) of the Federal Rules of Civil Procedure, of the above-captioned matter now pending in the Maine Superior Court, York County, Docket No. CV-16-258 (the "Action"). As grounds for removal, Defendant states:

1. Plaintiff Kyle Berounsky ("Plaintiff") commenced this suit, which alleges various federal and state law civil rights violations, by filing a Complaint in the Superior Court, York County, on or about November 3, 2016 (the "Complaint"). A copy of the Complaint and Summons is attached hereto as ***Exhibit A***.

2. On November 17, 2016, Defendant was served with the Summons and Complaint in this action.

3. In Paragraphs 35, 41 and 61 of the Complaint, Plaintiff alleges that Defendant discriminated and retaliated against him and failed to accommodate his disability in violation of

---

[1] Plaintiff improperly identifies "Wal-Mart Stores, Inc." as the Defendant in this matter. The appropriate Defendant in this matter is Wal-Mart Stores East, L.P., but until the identity of the appropriate party is clarified, undersigned counsel is representing the named Defendant and responding on behalf of the named Defendant.

the American With Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*

4. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter, it being an action which asserts a federal question and claims under the American With Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*

5. Wal-Mart Stores, Inc. is a Delaware Corporation with a principal place of business located in Bentonville, Arkansas.

6. Plaintiff is an adult individual who resides in North Berwick, Maine.

7. The Complaint seeks judgment and monetary damages against Defendants, and includes a request for lost wages, compensatory damages, exemplary and punitive damages, attorney's fees and costs, and interest. Although Plaintiff does not make a demand for a specific amount of monetary damages against Defendant in his *ad damnum* clause, the amount of damages sought by Plaintiff prior to filing his Complaint exceeds $75,000.

8. Under 28 U.S.C. § 1332(a)(1) & (c), this Court has original jurisdiction over this matter because the amount in controversy exceeds $75,000 and the parties are completely diverse: (a) the Plaintiff is a citizen of the state of Maine; and (b) Defendant is incorporated in Delaware with a principal place of business in Arkansas.

9. This Court having diversity jurisdiction in this matter under 28 U.S.C. §§1441(a) and 1441(b), respectively, Defendant may remove this action by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, Cumberland County.

10. This Notice is timely, it being filed within the thirty (30) days required under 28 U.S.C. §1446(b) after receipt by Defendant, by service or otherwise, of the Complaint or initial pleading, Defendant having been served with the Summons and Complaint on November 17, 2016.

11. Pursuant to 28 U.S.C. §1446(d), Defendant this same day is filing a copy of this Notice of Removal with the Maine Superior Court, York County, and sending a copy to counsel for the Plaintiff.

**WHEREFORE,** Defendant Wal-Mart Stores Inc. requests that the action now pending against it in the Maine Superior Court, York County, Docket No. CV-16-258, be removed to the United States District Court for the District of Maine.

DATED at Portland, Maine this 6th day of December 2016.

*/s/ Ronald W. Schneider, Jr.*
Ronald W. Schneider, Jr., Esq.
Amber R. Attalla, Esq.
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029
(207) 774-1200
rschneider@bernsteinshur.com
aattalla@bernsteinshur.com

Attorneys for Defendant Wal-Mart Stores, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December 2016, I electronically filed *Defendant's Notice of Removal* with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jeffrey Bennett, Esq.
Melissa Coulombe Lalumiere, Esq.
LEGAL-EASE, LLC
MALLSIDE PLAZA
198 Maine Mall Rd., #15
South Portland, ME  04106

      */s/ Ronald W. Schneider, Jr.*
      Ronald W. Schneider, Jr., Esq.
      Amber R. Attalla, Esq.
      BERNSTEIN SHUR
      100 Middle Street, P.O. Box 9729
      Portland, Maine  04104-5029
      (207) 774-1200
      rschneider@bernsteinshur.com
      aattalla@bernsteinshur.com

      Attorneys for Defendant Wal-Mart Stores, Inc.