## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **KYLE BEROUNSKY** | ) |
| | ) |
| v. | )  CIVIL NO.  2:16-cv-602-DBH |
| | ) |
| **WALMART STORES EAST LP** | ) |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on June 23, 2017, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                            CHRISTA K. BERRY
                                            CLERK


                          BY:    /s/ Melody Whitten
                                         Deputy Clerk

Dated this 8th day of August, 2017.